**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROSIE DAVIS**                                                                                          **PLAINTIFF**

**V.**                                                                   **CIVIL ACTION NO. 4:04CV122PB**

**MONY LIFE INSURANCE COMPANY OF
AMERICA, MUTUAL OF NEW YORK LIFE
INSURANCE COMPANY, and ROBERT DEARING**            **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an agreed order of dismissal with prejudice. The Court has considered said motion and, being fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Complaint be, and it is hereby, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 6th day of July, 2006.

                                                                             /s/ W. Allen Pepper, Jr.

                                                                             W. ALLEN PEPPER, JR.

                                                                             UNITED STATES DISTRICT JUDGE

AGREED:

s/Jeffrey R. Blackwood

Jeffrey R. Blackwood (MBN 10613)
One of the Attorneys for Defendant
MONY Life Insurance Company
of America

s/Precious T. Martin (by JRB with permission)

Precious T. Martin (MBN 10619)
Attorney for Plaintiff

s/Roy A. Smith (by JRB with permission)

Roy A. Smith, Jr. (MBN7599)
Attorney for Defendant Agent